■ In the Matter of REGINA ZAVISTOWSKI, Respondent, v LESEK ZAVIS-TOWSKI, Appellant.—In a support proceeding pursuant to article 4 of the Family Court Act, the appeal is from an order of the Family Court, Westchester County, dated April 16, 1976, which, *inter alia,* denied appellant's motion to dismiss the petition for lack of subject matter jurisdiction and granted the petitioner's cross motion to the extent, *inter alia,* of permitting her to support the petition by deposition taken of her in Poland. Appeal dismissed, without costs and disbursements. Section 1112 of the Family Court Act provides that an appeal "may be taken as of right from any order of disposition and, in the discretion of the appropriate appellate division, from any other order under" the Family Court Act (see *Matter of Taylor v Taylor,* 23 AD2d 747). An order denying a motion to dismiss a support petition is not an order of disposition within the meaning of that section *(Matter of Holtzman v Holtzman,* 47 AD2d 620; *Matter of Grove v Cherico,* 28 AD2d 555, 556) and, accordingly, this appeal does not lie as of right. Where no application for permission to appeal was made, the appeal is not properly before this court (see *Firestone v Firestone,* 44 AD2d 671). We note, however, that we have examined the merits of the appeal and that, had the appeal been properly before us, we would have affirmed the order sought to be reviewed. Margett, Acting P. J., Rabin, Hawkins and Mollen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR PHIEFER, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered March 26, 1975 (the date on the clerk's extract is September 8, 1975), convicting him of possession of weapons, etc., as a felony, upon a jury verdict, and imposing sentence. Judgment affirmed. No opinion. Hopkins, Acting P. J., Latham, Titone and Hawkins, JJ., concur; Martuscello, J., dissents and votes to reverse the judgment and dismiss the indictment, with the following memorandum: In my opinion, the People failed to prove, beyond a reasonable doubt, that defendant possessed a gun.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD SCHECK, Appellant.—Appeal by defendant from a judgment of the County Court, Orange County, rendered July 17, 1975, convicting him of robbery in the second degree, on his plea of guilty, and sentencing him to an indeterminate prison term with a maximum of 10 years. Judgment modified, as a matter of discretion in the interest of justice, by reducing the maximum period of imprisonment to five years. As so modified, judgment affirmed. The sentence was excessive to the extent indicated herein. Hopkins, Acting P. J., Martuscello, Cohalan, Damiani and Shapiro, JJ., concur.